[No. 7,178.—Department One.]
March 3, 1882.

## D. N. DILLA v. WALTER BOHALL.

FORMER APPEAL—LAW OF THE CASE—PRACTICE.—The questions presented were determined on former appeal. (See 53 Cal. 709.)

APPEAL by defendant from the judgment of the District Court of the Eighth Judicial District in and for the County of Humboldt. HAYNES, J.

Action of ejectment. This is the second appeal in this case to the Supreme Court. The case on the first appeal will be found reported in 53 Cal. 709. The judgment of the former Supreme Court reversed the judgment of the Court below, and ordered judgment to be entered on the findings for the plaintiff for the possession of the land; and for rents and profits, as admitted by the defendant's answer unless the

plaintiff should elect to have a new trial. On the filing of the *remittitur* in the Court below, the plaintiff waived his right to have a new trial, and moved the Court for judgment on the findings and the admission in the answer, as ordered by the Supreme Court. Judgment was given accordingly on the fifteenth day of December, 1879. Defendant, on the twenty-eighth day of February, 1880, appealed to this Court.

*S. M. Buck*, for Appellant.

*J. J. DeHaven*, for Respondent.

The COURT:

The questions now presented were finally determined on the former appeal.

Judgment affirmed.